# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIGUEL LAGUNA** : | |
| : | |
| v. : | **CIVIL ACTION NO. 22-1569** |
| : | |
| **CHESTER HOUSING AUTHORITY** : | |

# ORDER

This 25th day of July, 2022, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12 (b)(6), ECF 7, is **GRANTED in part and DENIED in part** as follows: the Motion is **GRANTED** as to Plaintiff's hostile work environment claim, and **DENIED** as to the remainder of Plaintiff's claims. Plaintiff's hostile work environment claim is dismissed without prejudice subject to the conditions in the Court's Memorandum.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge