### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIGUEL LAGUNA,** : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | **No. 22-1569** |
| : | |
| **CHESTER HOUSING AUTHORITY,** : | |
| **Defendant.** : | |

### ORDER

This 17th day of March, 2023, it is hereby **ORDERED** that, for the reasons set forth in the accompanying memorandum, Defendant's Motion to Dismiss or Stay and Compel Arbitration, ECF 25, is **DENIED**.

    /s/ Gerald Austin McHugh
United States District Judge